**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:22-cv-00036-D**

|  |  |
|---|---|
| ) | Appeal from Bankruptcy Adversary |
| ) | Proceeding No. 21-00006-5-PWM |
| ) |  |
| CHRISTOPHER S. HARRISON, ) |  |
| ) |  |
| *Appellant,* ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| EBENCONCEPTS. INC., also known ) |  |
| as EBENCONCEPTS COMPANY, ) |  |
| ) |  |
| *Appellee.* ) |  |

**CASE NO.: 5:22-cv-00037-D**

|  |  |
|---|---|
| ) | Appeal from Bankruptcy Adversary |
| ) | Proceeding No. 21-00008-5-PWM |
| ) |  |
| CHRISTOPHER S. HARRISON, ) |  |
| ) |  |
| *Appellant,* ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| ORCHESTRATE HR, INC., ) |  |
| ) |  |
| *Appellee.* ) |  |

**ORDER GRANTING MOTION TO CONSOLIDATE RELATED APPEALS AND
SET BRIEFING DEADLINES**

UPON MOTION OF Appellant Christopher S. Harrison, by and through counsel, in the above-referenced cases, praying for consolidation of the related appeals docketed in this Court as case nos. 5:22-cv-00036-D and 5:22-cv-00037-D, and for good cause shown in the Motion,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Case nos. 5:22-cv-00036-D and 5:22-cv-00037-D are hereby consolidated;

2. All future filings shall be docketed under case no. 5:22-cv-36-D; and,

3. Appellant's principal brief shall be filed 30 days from the date of entry of this order with all remaining appellate briefing deadlines to be determined in accordance with F. R. Bankr. P. 8016.

This the **3** day of ~~April~~ May, 2022.

_____
James C. Dever III
United States District Judge